PER CURIAM.
| Because Eagle Pipe & Supply, Inc. v. Amerada Hess Corp., 10-2267, 10-2275, 10-2279, 10-2289 (La.10/25/11), 79 So.3d 246, addressed subsequent purchaser rights following a sale, which are distinguishable from the rights acquired through a succession transfer, we find Eagle Pipe is not dispositive of the exceptions of no right of action filed by the defendants in this case. Accordingly, the lower court judgments are reversed, and the case is remanded to the district court for further proceedings.[1]
WEIMER, Justice, concurs and assigns reasons.
GUIDRY, Justice, concurs and assigns reasons.

. Plaintiffs also included Nellie Pierce and Pierce Enterprises. The court of appeal concluded "[i]t is undisputed that neither Mrs. Pierce nor Pierce Enterprises have any ownership interest in any of the property at issue before the court.” The parties limited their arguments to the rights of the Pierce children as "universal legatees.” Therefore, the rights of Nellie Pierce and Pierce Enterprises are not at issue.